UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMY DANIEL MEUGENS MCKAY, | CASE NO. C17-0530-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff appears to have filed a request to substitute counsel (Dkt. No. 6). Not only was this request improperly filed as a praecipe by an attorney who has not yet been granted permission to represent any party in this matter, the request itself is improper as it does not comply with the requirements of W.D. Wash. Local Civil Rule 83.2. Accordingly, the Court will not act on Plaintiff's request unless or until it is properly re-filed in accordance with the Court rules, by the proper representative, and utilizing the proper event category in CM/ECF.

//

//

1    DATED this 18th day of May 2017.

2                                                    William M. McCool
                                                     Clerk of Court
3
                                                     s/Paula McNabb
4                                                    Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26