THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMY DANIELS MEUGENS MCKAY, a Canadian citizen,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, an agency of Washington State, *et al.*,<br><br>Defendants. | CASE NO. C17-0530-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Trial is currently scheduled for July 23, 2018. Mediation under Rule 39.1 was to have been completed by April 27, 2018. There is no indication that mediation was ever completed. The parties are therefore ORDERED TO SHOW CAUSE within **ten (10) days** of the issuance of this order why the trial date should not be vacated and rescheduled only after mediation is completed.

//

//

//

MINUTE ORDER
C17-0530-JCC
PAGE - 1

1       DATED this 23rd day of May 2018.

                                              William M. McCool
                                              Clerk of Court

                                              s/Tomas Hernandez
                                              Deputy Clerk