UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMY DANIELS MEUGENS McKAY, a Canadian citizen,<br><br>                Plaintiff,<br><br>  v.<br><br>WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, an agency of Washington State, *et al.*,<br><br>                Defendants. | CASE NO. C17-0530-JCC<br><br>MINUTE ORDER |

    The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 16). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED without prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

    DATED this 24th day of May 2018

                                        William M. McCool
                                        Clerk of Court

                                        s/Tomas Hernandez
                                        Deputy Clerk